UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IVARS IRBE,

                                   Plaintiff,

    – against –

JP MORGAN CHASE BANK,

                                   Defendant.
------------------------------------------------------------------------x

**ORDER**

No. 21-CV-4097 (CS)

Seibel, J.

      As stated on the record at the June 11, 2021 telephone conference, Plaintiff voluntarily dismisses his third cause of action with prejudice. He further agrees not to seek damages, in connection with the first two causes of action, based on damage to his credit. Accordingly, there being no basis for federal jurisdiction, it is hereby ORDERED that this action be REMANDED forthwith to the Supreme Court of the State of New York, County of Westchester.

**SO ORDERED.**

Dated: June 11, 2021
       White Plains, New York

                                                          _____
                                                          CATHY SEIBEL, U.S.D.J.